RTF:SHB
F.#2003R00079

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GLEESON, J.
LEVY M.J.

CR 05 0201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAR 1 5 2005

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JONATHAN EINHORN,
   also known as "Yanni,"

        Defendant.

- - - - - - - - - - - - - - - X

NOTICE OF MOTION

CR-05-_____(JG)

     PLEASE TAKE NOTICE that the government will move this Court, before United States District Judge John Gleeson, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
        March 15, 2005

                ROSLYNN R. MAUSKOPF
                United States Attorney
                One Pierrepont Plaza
                Brooklyn, New York 11201

        By:                    
                Steven H. Breslow
                Assistant U.S. Attorney
                (718) 254-6243

cc:  Alan Vinegrad, Esq.
     Clerk of the Court (JG)