## Criminal Calendar: Sentencing

Before: Judge John Gleeson, U.S.D.J.

Date: __3/20/09__                              Time: __2:30pm - 3:00pm__

DOCKET NUMBER: __05CR 201__

DEFENDANT'S NAME: __Jonathan Einhorn__
   __✓__ Present ___ Not Present ___ In Custody __✓__ Bail

DEFENSE COUNSEL: __Alan M. Vinegrad__
   ___ Legal Aid ___ CJA __✓__ Retained

**Probation:** __Roberta Houlton__

AUSA: __Paul A. Tuchmann__                    Deputy Clerk: __Ilene Lee__

INTERPRETER: _____   (Language) _____

COURT REPORTER: __Holly Driscoll__
   __✓__ Case Called.

__✓__ Defendant is given the opportunity to speak on his/her behalf.

___ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

__✓__ The Pre-sentence Report is adopted without change.

__✓__ Defendant is sentenced to __3 years Probation__ ~~months imprisonment and _____ years of supervised release.~~

Special conditions of Supervision are as follows: __- Compliance with the fine.__
__- No firearms or ammunitions.__
__- Full financial disclosure.__

___ Defendant is ordered to pay restitution in the amount of $ _____
__✓__ Defendant is ordered to pay a fine in the amount of $ __3,000.00 to be paid within 6 months (Sept. 18, 2009.) to be made payable to the Clerk of Court.__
__✓__ Defendant is ordered to pay a special assessment of $100.00.

Monetary penalties are due as follows:

___ The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at a facility in the _____ region, close to _____.
___ The Court recommends: _____

___ The deft is remanded to the custody of U.S.M.S.
___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on ____ @ ___
___ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2:00pm on _____   ☐ as notified by USMS or   ☐ as notified by P.O.

__✓__ Open count(s) __(All Open Counts)__ is/(are) dismissed on motion of the government.